# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALAN FLONNES, | ) |
| Plaintiff, | ) Case No. 2:12-cv-01065-APG-CWH |
| vs. | ) **ORDER** |
| PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion to Strike (#24), filed March 27, 2013. The motion is unopposed. Pursuant to Local Rule 7-2(d), "[t]he failure of an opposing party file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Moreover, Plaintiff is seeking to withdraw an amended complaint that was filed separately on the docket in error. The amended complaint is attached as an exhibit to Plaintiff's motion for reconsideration (#22) wherein Plaintiff seeks leave to file the amended complaint. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike (#24) is **granted**.

DATED April 18, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**