DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
(702) 634-5000
(702) 380-8572 (fax)
darren.brenner@akerman.com
natalie.winslow@akerman.com
*Attorneys for Defendant Property & Casualty*
*Insurance Company of Hartford*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALAN FLONNES,<br><br>　　　　　Plaintiff,<br>vs.<br><br>PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD, a Connecticut corporation; and DOES 1 through 10, and ROE CORPORATIONS 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.:　2:12-cv-01065-APG-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

　　　　Defendant PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD, by and through its attorneys AKERMAN LLP, and Plaintiff ALAN FLONNES by and through his

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

{27602419;1} 1

attorneys PARKER, NELSON & ASSOCIATES, hereby stipulate and agree that the above-entitled matter be dismissed, with prejudice, each party to bear its own costs and fees.

DATED this 18th day of June, 2014.              DATED this 18th day of June, 2014.

**AKERMAN LLP**                                        **PARKER, NELSON & ASSOCIATES**

By: /s/ Darren T. Brenner                              By: /s/ Theodore Parker, III
   DARREN T. BRENNER, ESQ.                                THEODORE PARKER, III, ESQ.
   NATALIE L. WINSLOW, ESQ.                               PARKER, NELSON & ASSOCIATES
   AKERMAN LLP                                            2460 Professional Court, Suite 200
   (f/k/a Akerman Senterfitt LLP)                         Las Vegas, Nevada 89128
   1160 Town Center Drive, Suite 330
   Las Vegas, Nevada 89144                                J. MITCHELL COBEAGA, ESQ.
                                                          THE COBEAGA LAW FIRM
*Attorneys for Defendants*                                550 E. Charleston Blvd., Ste. D
                                                          Las Vegas, NV 89104

                                                       *Attorneys for Plaintiff*

### ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice, each party to bear its own costs and fees.

Dated: June 18, 2014.

_____
UNITED STATES DISTRICT JUDGE

{27602419;1} 2